# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| LYMAN CURTIS, III o/b/o LYMAN CURTIS IV, | ) ) ) |
| Plaintiff, | ) ) ) Docket no. 1:11-cv-100-NT |
| v. | ) ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On January 26, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The time within which to file objections expired on February 14, 2012, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's final decision is **AFFIRMED** and judgment is entered in favor of the Commissioner.

**SO ORDERED.**

Dated this 15th day of March, 2012.

/s/ Nancy Torresen
United States District Judge